# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LARRY J. ROZIER** and **MARILYNN ROZIER,**
Appellants,

v.

**AFFINITY FEDERAL CREDIT UNION,**
a federal credit union,
Appellee.

No. 4D19-518

[January 30, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus and Barry Stone, Judge; L.T. Case No. CACE 13-21320(11).

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellant.

Erik W. Scharf of Scharf Appellate Group, Miami, Peter E. Berlowe and Alan Krinzman of Assouline & Berlowe, P.A., Miami, and Owen Sokolof of Sokolof Remtulla, LLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***